UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

James Marquis Spencer

_____

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v. Aurbrey Lajoys Wilson

_____

(Enter above the full name of the defendant or defendants in this action.)

FILED - MQ
March 24, 2017 12:00 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc/   Scanned by

**2:17-cv-55**
Janet T. Neff, US District Judge
Timothy P. Greeley, US Magistrate Judge

## COMPLAINT

I.  **Previous Lawsuits**

**CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $400.00 filing fee regardless of whether your complaint is dismissed.**

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐  No ☑

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

2. Is the action still pending?   Yes ☐  No ☑

   a. If your answer was no, state precisely how the action was resolved: _____

3. Did you appeal the decision?   Yes ☐  No ☑

4. Is the appeal still pending?   Yes ☐  No ☑

   a. If not pending, what was the decision on appeal?  N/A

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐  No ☑

   If so, explain: _____

II. **Place of Present Confinement** _____

If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:

N/A

-1-

III. Parties

   A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff James Marquis Spencer

Address _____

   B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1 Aurbey Lajoys Wilson

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #2 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #3 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

IV. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

On December 6, 2011 Thuseday in Grand Rapids MI, I went to trail court, an Aurbey LaJoys Wilson tuck the stand under oath gave inconsistant statement which lad to her admitting to lieing under oath about the hole 2019 police reports in about the rape case. She lied under oath that why I'm fileing a civil suite for perjury I'm also suiting her for falsefiying information at court on the stand in to the police which also a crime she committed. Sow I'm suiting her for perjury lieing under oath and for giving false information to the court in to the police, which made me get lock up for her lieing to them, please in Thank you. for looking at my issue.

-3- (Last Revised: June 2013)

V. **Relief**

State briefly and precisely what you want the court to do for you.

I want the court to supress The (2010) police resport & Further more I the Search Warrent invesigation Reports supressed, The Affidivit for the Search warrent Statements supress, and The Medical Statements supress, The Y.M.C.A Statements Supress, The Trial Testmony supress, and The prelimary Testmony Supress and all theus out.

3-20-17
Date

*Signature of Plaintiff*

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

James Spencer 753452
Chippewa Correctional Facility
4269 W. M80
Kincheloe, MI
49784

US District Court
299 Federal Building
P.O. Box 698
Marquette, MI 49855



U.S. POSTAGE >> PITNEY BOWES

ZIP 49783 $ 001.40⁰
02 1W
0001403170