(Motion for Witness)

My Name is James marquis Spencer I'm requesting to bring my Lawer that was at trail as a Witness if ~~he~~ WE have a court hearing. Please in Thank you. Also my former Law Name is Thomas c. parker. (P24953   )
Kent County office the Defender, 146 monroe center Street, N.W. Suite 920 grand Rapids MI 49503
(616) 774-8181

FILED - MQ
March 24, 2017 12:01 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc/   Scanned by /

2:17-cv-55
Janet T. Neff, US District Judge
Timothy P. Greeley, US Magistrate Judge

3-20-17
Date

James Spencer
Signature

James Spencer 753452
Chippewa Correctional Facility
4269 W. M80
Kincheloe, Mi.
49784

US District Court
299 Federal Building
P.O. Box 698
Marquette, Mi. 49855



U.S. POSTAGE >> PITNEY BOWES

ZIP 49783 $ 001.40⁰
02 1W
0001403170